956

No. 81–5956. WILLOUGHBY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5958. ENGLEMAN *v.* ENGLEMAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–5959. JACKSON *v.* ALABAMA DEPARTMENT OF PUBLIC SAFETY ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–5963. RUMPH *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–5964. RUCKER *v.* BAKEWELL ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–5965. REED *v.* PARRATT, WARDEN, NEBRASKA PENAL AND CORRECTIONAL COMPLEX. C. A. 8th Cir. Certiorari denied.

No. 81–5966. MCMILLION *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 81–5969. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–5972. HOPKINS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–5973. COLLINS *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 81–5974. HOUSE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5975. KLEINSCHMIDT *v.* SUN BANK OF MIAMI, PERSONAL REPRESENTATIVE OF THE ESTATE OF KLEINSCHMIDT. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.